UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>    Respondents | Case No.: 2:23-cv-00233-JAD-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 10]** |

    Counseled petitioner Leonard R. Woods moves to extend his deadline[1] to pay the filing fee for this action. There has been no prior extension of this deadline, and respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that petitioner's motion to extend time **[ECF No. 10] is GRANTED**. Payment of the filing fee is due **June 5, 2023**. In all other respects, the schedule set forth in the order of March 13, 2023,[2] remains in effect.

                                                                                        _____
                                                                                        U.S. District Judge Jennifer A. Dorsey
                                                                                                                                          May 5, 2023

---

[1] ECF No. 10.
[2] ECF No. 9.