UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods,<br><br>Petitioner<br><br>v.<br><br>Brian Williams, *et al.*,<br><br>Respondents | Case No.: 2:23-cv-00233-JAD-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 10]** |

On June 5, 2023, counseled petitioner Leonard R. Woods moved to extend his deadline[1] to pay the filing fee for this action, and then he paid the filing fee on June 13, 2023.[2] There has been one prior 31-day extension of this deadline.[3] Respondents did not oppose the request. I find that the request was made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that Petitioner's motion to extend time **[ECF No. 12] is GRANTED**. Woods's payment of the filing fee will be treated as timely.

IT IS FURTHER ORDERED that, under Federal Rule of Civil Procedure 25(d), Brian Williams is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

_____
U.S. District Judge Jennifer A. Dorsey
June 13, 2023

---

[1] ECF No. 12.
[2] ECF No. 13.
[3] ECF No. 11.