# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods,<br><br>　　Petitioner<br><br>v.<br><br>Brian Williams, *et al.*,<br><br>　　Respondents | Case No.: 2:23-cv-00233-JAD-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 15]** |

Counseled petitioner Leonard R. Woods was due to file an amended habeas petition by June 14, 2023.[1]  He moves to extend that deadline by 90 days, to September 12, 2023.[2]  This would be the first extension of this deadline.  Woods's counsel states that this extension is necessary because of their obligations in other cases and the time required to review the extensive record and prepare the amended petition. Woods's counsel represents that the respondents do not oppose the request.  I find that the request is made in good faith and not solely for the purpose of delay.  So, with good cause appearing, IT IS ORDERED that petitioner's motion to extend time **[ECF No. 15] is GRANTED**.  **Woods will have until September 12, 2023, to file his amended petition.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　June 14, 2023

---

[1] ECF No. 9.
[2] ECF No. 15.