UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods, | Case No.: 2:23-cv-00233-JAD-VCF |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| Brian Williams, *et al.*, | [ECF No. 22] |
| Respondents | |

Respondents were due to respond to Leonard Woods's amended habeas petition by December 5, 2023.[1] They move to extend that deadline by 62 days, to February 5, 2024.[2] This would be the first extension of this deadline. Respondents' counsel states that this extension is necessary because of his obligations in other cases and that the petitioner, represented by appointed counsel, does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing,

IT IS ORDERED that Respondents' motion to extend time **[ECF No. 22] is GRANTED**. **Respondents have until February 5, 2024, to file their response to the amended petition for writ of habeas corpus.** Counsel is cautioned that workload obligations will not constitute good cause for successive extensions of this deadline.

_____
U.S. District Judge Jennifer A. Dorsey
December 12, 2023

---

[1] *See* ECF No. 9.
[2] ECF No. 22.