UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods,<br><br>　　Petitioner<br><br>v.<br><br>Jeremy Bean, *et al.*,<br><br>　　Respondents | Case No.: 2:23-cv-00233-JAD-MDC<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 26]** |

　　Respondents were due to respond to Leonard Woods's amended habeas petition by February 5, 2024.[1] They move to extend that deadline by 30 days, to March 6, 2024.[2] This would be the second extension of this deadline.[3] Respondents' counsel states that this extension is necessary because of the time it is taking to obtain the state court record and prepare it for filing, and that the petitioner, who is represented by appointed counsel, does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing,

　　IT IS ORDERED that Respondents' motion to extend time **[ECF No. 26] is GRANTED**. **Respondents will have until March 6, 2024, to file their response to the amended petition for writ of habeas corpus.**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　January 31, 2024

---

[1] *See* ECF Nos. 9, 23.
[2] ECF No. 26.
[3] *See* ECF No. 23.