UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods, | Case No.: 2:23-cv-00233-JAD-VCF |
| Petitioner | **Order Granting Motion for Leave to File Exhibit Under Seal** |
| v. | [ECF No. 35] |
| Jeremy Bean, *et al.*, | |
| Respondents | |

Counseled petitioner Leonard R. Woods filed a first amended petition for writ of habeas corpus on September 6, 2023.[1] Respondents filed a motion to dismiss,[2] along with supporting exhibits,[3] on March 6, 2024. Respondents also filed a motion for leave of court to file one of their exhibits under seal,[4] and they filed the exhibit in question under seal.[5] Woods did not respond to Respondents' motion to file the exhibit under seal.

While there is a strong presumption in favor of public access to judicial filings and while courts prefer that the public retain access to them,[6] a court may seal its records if a party demonstrates "compelling reasons" to do so.[7] "Compelling reasons" exist where the records

---

[1] ECF No. 17.
[2] ECF No. 28.
[3] ECF Nos. 29, 30, 31, 32, 33, 34, 36.
[4] ECF No. 35.
[5] ECF No. 36.
[6] *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978).
[7] *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

could be used for improper purposes.[8] The exhibit that Respondents propose to file under seal—their Exhibit 117—is a presentence investigation report. Presentence investigation reports contain sensitive confidential information that could be used for improper purposes. Under Nevada law, presentence investigation reports are confidential, and are not to be made part of a public record. *See* NRS 176.156(5).

In view of the state law and considering the nature of the information in the exhibit, I find that there are compelling reasons for the exhibit in question to be filed under seal.

IT IS THEREFORE ORDERED that Respondents' Motion for Leave to File Document under Seal **[ECF No. 35] is GRANTED**. As the exhibit in question—Exhibit 117—has already been filed under seal, the Clerk of Court is directed to **MAINTAIN THE SEAL on ECF No. 36.**

_____
U.S. District Judge Jennifer A. Dorsey
March 25, 2024

---

[8] *Id*. at 1179 (citing *Nixon*, 435 U.S. at 598).