UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods,<br><br>    Petitioner<br><br>v.<br><br>Jeremy Bean, *et al.*,<br><br>    Respondents | Case No.: 2:23-cv-00233-JAD-MDC<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 39]** |

    Petitioner Leonard R. Woods, represented by appointed counsel, was due to respond to the respondents' motion to dismiss[1] by May 6, 2024.[2] Woods moves to extend that deadline by 63 days, to July 8, 2024.[3] This would be the first extension of this deadline. Woods's counsel states that this extension is necessary because of their obligations in other cases, and that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing,

    IT IS ORDERED that petitioner's motion to extend time **[ECF No. 39] is GRANTED**. **Petitioner's deadline to respond to the motion to dismiss [ECF No. 28] is extended to July 8, 2024.**

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                May 7,  2024

---

[1] ECF No. 28
[2] *See* ECF No. 9.
[3] ECF No. 39.