UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods,<br><br>    Petitioner<br><br>v.<br><br>Jeremy Bean, *et al.*,<br><br>    Respondents | Case No.: 2:23-cv-00233-JAD-MDC<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 45] |

Respondents filed a motion to dismiss,[1] and Petitioner Leonard R. Woods, represented by appointed counsel, filed an opposition.[2] Respondents were to file a reply by September 6, 2024,[3] but they move to extend that deadline by 60 days.[4] This would be the first extension of this deadline. Respondents' counsel states that the extension is necessary because of their obligations in other cases and that Woods does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing,

IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 45] is GRANTED**. **Respondents' deadline to file a reply in support of the motion to dismiss is extended to November 5, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
September 5, 2024

---

[1] ECF No. 28.
[2] ECF No. 44.
[3] *See* ECF No. 9.
[4] ECF No. 45.