# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Leonard R. Woods,

    Petitioner

v.

Jeremy Bean, *et al.*,

    Respondents

Case No.: 2:23-cv-00233-JAD-MDC

**Order Granting Motion to Extend Time**

**[ECF No. 47]**

Respondents filed a motion to dismiss,[1] and Petitioner Leonard R. Woods, represented by appointed counsel, filed an opposition on August 7, 2024.[2] Respondents were to file a reply by November 5, 2024.[3] Respondents move to extend that deadline by 66 days, to January 10, 2025.[4] This would be the second extension of this deadline; I already extended it once, by 60 days.[5] Respondents' counsel states that this extension is necessary because of their obligations in other cases, and that Woods does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. I will grant the motion for extension of time as requested.

However, I find the time it has taken to file the reply in support of this relatively uncomplicated motion to dismiss to be excessive. *I will not be inclined to grant any further extension of this deadline absent extraordinary circumstances (and counsel's caseload and obligations in other cases are not an extraordinary circumstance).*

---

[1] ECF No. 28.
[2] ECF No. 44.
[3] *See* ECF Nos. 9, 46.
[4] ECF No. 47.
[5] ECF No. 46.

1   IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 47] is GRANTED**. **Respondents' deadline to file a reply in support of their motion to dismiss is extended to January 10, 2025.**

_____
U.S. District Judge Jennifer A. Dorsey
November 6, 2024