# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Leonard R. Woods,

    Petitioner

v.

Terry Royal, *et al.*,

    Respondents

Case No.: 2:23-cv-00233-JAD-MDC

**Order Granting Motion to Extend Time**

**[ECF No. 51]**

In this habeas corpus action, the respondents were to file an answer by April 22, 2025.[1] Respondents move to extend that deadline by 31 days, to May 23, 2025.[2] This would be the first extension of this deadline. Respondents' counsel states that this extension is necessary because of their obligations in other cases and that Petitioner Leonard R. Woods, who is represented by appointed counsel, does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, so

    IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 51] is GRANTED**. **Respondents' deadline to file their answer is extended to May 23, 2025.**

                                                   _____

                                                   U.S. District Judge Jennifer A. Dorsey
                                                                          April 22, 2025

---

[1] *See* ECF No. 50.
[2] ECF No. 51.