UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Leonard R. Woods,

    Petitioner

v.

Terry Royal, *et al.*,

    Respondents

Case No.: 2:23-cv-00233-JAD-MDC

**Order Granting Motion to Extend Time**

**[ECF No. 53]**

    In this habeas corpus action, Respondents were to file an answer by May 23, 2025.[1] Respondents move to extend that deadline by 41 days, to July 3, 2025.[2] This would be the second extension of this deadline.[3] Respondents' counsel states that this extension is necessary because of their obligations in other cases and illness, and that Petitioner Leonard R. Woods, who is represented by appointed counsel, does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, so

    IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 53] is GRANTED**. **Respondents' deadline to file their answer is extended to July 3, 2025.**

                                              _____
                                              U.S. District Judge Jennifer A. Dorsey
                                                               May 23, 2025

---

[1] *See* ECF Nos. 50, 52.

[2] ECF No. 53.

[3] *See* ECF No. 52 (31-day extension).