UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods,<br><br>　　Petitioner<br><br>v.<br><br>Terry Royal, *et al.*,<br><br>　　Respondents | Case No.: 2:23-cv-00233-JAD-MDC<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 55]** |

　　In this habeas corpus action, after a 91-day initial period, a 31-day extension, and a 41-day extension, respondents were meant to file an answer by July 3, 2025.[1]  They now move to extend that deadline by another 33 days, to August 5, 2025.[2]  Respondents' counsel states that this extension is necessary because of their obligations in other cases and for personal medical reasons, and that Petitioner Leonard R. Woods, who is represented by appointed counsel, does not oppose the request.  I find that the request is made in good faith and not solely for the purpose of delay, and I will grant this motion for extension of time.  BUT *I will not be inclined to grant any further extension of this deadline on account of Respondents' counsel's caseload.*

　　IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 55] is GRANTED**.  **Respondents' deadline to file their answer is extended to August 5, 2025.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　July 17, 2025

---

[1] *See* ECF Nos. 50, 52, 54.

[2] ECF No. 55.