# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Leonard R. Woods,

    Petitioner

v.

Terry Royal, *et al.*,

    Respondents

Case No.: 2:23-cv-00233-JAD-MDC

**Order Granting in Part Motion to Extend Time**

[ECF No. 58]

In this habeas corpus action, the respondents filed an answer on August 5, 2025.[1] Petitioner Leonard R. Woods, who is represented by appointed counsel, was then due to file a reply by October 6.[2] Woods moves to extend that deadline by 91 days, to January 5, 2026.[3] Woods's counsel states that this extension is necessary because of obligations in other cases and time away from work, and that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, so I grant Woods an extension—but the requested 91-day extension is excessive. I thus grant Woods a 60-day extension, and the petitioner is advised that **this court will not be inclined to further extend this deadline.**

IT IS THEREFORE ORDERED that the Motion for Enlargement of Time **[ECF No. 58] is GRANTED IN PART and DENIED IN PART**. Petitioner's **deadline to file a reply to Respondents' answer is extended to December 5, 2025, and will not likely be extended further.**

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                Dated: October 10, 2025

---

[1] ECF No. 57.

[2] *See* ECF No. 9 (60 days for reply).

[3] ECF No. 58.