UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leonard R. Woods,<br><br>　　Petitioner<br><br>v.<br><br>Terry Royal, *et al.*,<br><br>　　Respondents | Case No.: 2:23-cv-00233-JAD-MDC<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 61]** |

In this habeas corpus action, Petitioner Leonard R. Woods, who is represented by appointed counsel, filed a reply to the respondents' answer on December 5, 2025.[1] Respondents were then to file a response to the reply by January 5, 2026.[2] They move to extend that deadline by 45 days, to February 19, 2026.[3] Respondents' counsel states that this extension is necessary because of their obligations in other cases, and that Woods does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 61] is GRANTED**. **Respondents' deadline to file a response to Petitioner's reply is extended to February 19, 2026.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　January 9, 2026

---

[1] ECF No. 60.
[2] *See* ECF No. 9.
[3] ECF No. 61.