**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Leonard R. Woods, | Case No.: 2:23-cv-00233-JAD-MDC |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| Terry Royal, *et al.*, | **[ECF No. 63]** |
| Respondents | |

In this habeas corpus action, Petitioner Leonard R. Woods, who is represented by appointed counsel, filed a reply to the respondents' answer on December 5, 2025.[1]  Respondents were to file a response to the reply by February 19, 2026.[2]  They move to extend that deadline by 15 days, to March 6, 2026.[3]  Respondents' counsel states that this extension is necessary because of their obligations in other cases and personal medical issues, and that Woods does not oppose the request.  I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 63] is GRANTED**.  **Respondents' deadline to file a response to Petitioner's reply is extended to March 6, 2026.**

_____
U.S. District Judge Jennifer A. Dorsey
February 19, 2026

---

[1] ECF No. 60.

[2] *See* ECF Nos. 9, 62.

[3] ECF No. 63.