**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Leonard R. Woods,

    Petitioner

v.

Terry Royal, *et al.*,

    Respondents

Case No.: 2:23-cv-00233-JAD-MDC

**Order Granting Motion to Extend Time**

**[ECF No. 65]**

In this habeas corpus action, Petitioner Leonard R. Woods, who is represented by appointed counsel, filed a reply to the respondents' answer on December 5, 2025.[1] After a 30-day initial period, a 45-day extension, and a 15-day extension, respondents were to file a response to the reply by March 6, 2026.[2] They move to extend that deadline by another 10 days, to March 16, 2026.[3] Respondents' counsel states that this extension is necessary because of their obligations in other cases and personal medical issues, and that Woods does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 65] is GRANTED**. **Respondents' deadline to file a response to petitioner's reply is extended to March 16, 2026.**

                                       _____

                                    U.S. District Judge Jennifer A. Dorsey

                                    March 9, 2026

---

[1] ECF No. 60.

[2] *See* ECF Nos. 9, 62, 64.

[3] ECF No. 65.